JACKSON LEWIS LLP
CARY G. PALMER (SBN 186601)
JERRY J. DESCHLER JR. (SBN 215691)
801 K Street, Suite 2300
Sacramento, California 95814
Telephone:     (916) 341-0404
Facsimile:      (916) 341-0141

Attorneys for Defendant
THE TJX COMPANIES, INC.

THE LAW OFFICE OF ANTHONY J. GARAFOLA
ANTHONY J. GARAFOLA (SBN 155025)
2625 Fair Oaks Boulevard, Suite 7
Sacramento, California 95864
Telephone:     (916) 481-7777
Facsimile:      (916) 481-7776

Attorney for Plaintiff
REBECCA PASTOR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| REBECCA PASTOR, an individual<br><br>Plaintiff,<br><br>v.<br><br>THE TJX COMPANIES, INC., a Delaware Corporation, dba MARSHALLS, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.:  2:09-CV-01938-WBS-KJM<br><br>**STIPULATION AND JOINT APPLICATION TO EXTEND DEADLINE TO DISCLOSE EXPERT WITNESSES AND PRODUCE REPORTS; ORDER THEREON**<br><br>**Complaint Filed:  June 16, 2009** |

Pursuant to Federal Rule of Civil Procedure 16(b)(4), and for good cause shown, Plaintiff REBECCA PASTOR ("Plaintiff"), and Defendant THE TJX COMPANIES, INC. ("Defendant") through their respective counsel of record, hereby stipulate and jointly request that the Court vacate the present deadlines to disclose expert witnesses, disclose rebuttal experts, and produce reports of June 11, 2010 and July 9, 2010 in paragraph IV of this Court's Status (Pretrial Scheduling Order) dated November 24, 2009 (the "Order"), and that the Court continue such dates by fourteen days as set forth below.  **The requested continuances will have no impact on**

1 **the motion hearing schedule, final pre-trial conference, and trial dates in paragraphs V, VI,**
2 **and VII of the Order**.
3 THE PARTIES HEREBY STIPULATE AS FOLLOWS:
4     WHEREAS Plaintiff seeks to disclose the name of her treating psychiatrist as an expert
5 witness in this matter.  However, due to difficulties in obtaining authorization from Plaintiff's
6 health insurer for treatment, Plaintiff only recently was able to arrange an appointment with a
7 qualified physician.  Plaintiff's attorney has not yet had the opportunity to interview said
8 physician or confirm his/her availability as an expert.  Consequently, good cause exists for
9 continuing the discovery deadlines in paragraph IV of the Order as follows:
10     (1)    The deadline of June 11, 2010 to disclose experts and produce reports in
11     accordance with Federal Rule of Civil Procedure 26(a)(2) shall be vacated and
12     continued to June 25, 2010; and
13     (2)    The deadline of July 9, 2010 to disclose experts and produce reports for expert
14     testimony intended solely for rebuttal in accordance with Federal Rule of Civil
15     Procedure 26(a)(2) shall be vacated and continued to July 23, 2010.
16 IT IS SO STIPULATED.
17 Dated: June 10, 2010    THE LAW OFFICE OF ANTHONY J. GARAFOLA

By: /s/ Anthony J. Garafola
    ANTHONY J. GARAFOLA

Attorneys for Plaintiff
REBECCA PASTOR

Dated: June 10, 2010    JACKSON LEWIS LLP

By: /s/ Jerry J. Deschler Jr.
    JERRY J. DESCHLER JR.

Attorneys for Defendant
THE TJX COMPANIES, INC.

2

Having reviewed the parties' stipulation, and good cause appearing therefore,

IT IS HEREBY ORDERED:

(1) The deadline of June 11, 2010 to disclose experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) shall be vacated and continued to June 25, 2010; and

(2) The deadline of July 9, 2010 to disclose experts and produce reports for expert testimony intended solely for rebuttal in accordance with Federal Rule of Civil Procedure 26(a)(2) shall be vacated and continued to July 23, 2010.

Dated:  June 11, 2010.

_____
U.S. MAGISTRATE JUDGE