1   R. PARKER WHITE
State Bar No. 95579
2   **POSWALL, WHITE & CUTLER**
1001 G Street, Suite 301
3   Sacramento, California 95814
Telephone: (916) 449-1300
4

5   Attorneys for Plaintiff

6

7

8                      UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11   REBECCA PASTOR,                    )   CASE NO.  2:09-CV-01938 WBS KJN
                                        )
12            Plaintiff,                )   **STIPULATION AND JOINT**
                                        )   **APPLICATION TO EXTEND**
13        v.                            )   **DEADLINES, FINAL PRETRIAL**
                                        )   **CONFERENCE AND TRIAL DATES;**
14   TJX COMPANIES, INC., a Delaware    )   **ORDER THEREON**
     Corporation, dba MARSHALLS, and    )
15   DOES 1 through 20, inclusive,      )
                                        )
16            Defendants.               )
                                        )
17   _____ )

18

19        Pursuant to Federal Rule of Civil Procedure 16(b)(4), and for good cause shown,

20   Plaintiff REBECCA PASTOR ("Plaintiff"), and Defendant THE TJX COMPANIES, INC.

21   ("Defendant") through their respective counsel of record, hereby stipulate and jointly

22   request that whereas Plaintiff has obtained new counsel as of July 7, 2010, Plaintiff's

23   attorney is in the process of obtaining the complete file from plaintiff's former attorney

24   and becoming acclimated with the case.  Consequently, good cause exists for

25   continuing the deadlines to complete all discovery (including depositions), and file all

26   motions.  Additionally, we request a continuance of the Final Pretrial Conference

27   presently set for January 10, 2011 and Trial date presently set for March 8, 2011.

28   Parties request that the deadlines, conference and trial be continue for approximately

     three months from their respective current dates.

1    IT IS SO STIPULATED.

2    Dated: August 4, 2010                **POSWALL, WHITE & CUTLER**

3

4                                         By___/s/ R. Parker White_____
                                              R. PARKER WHITE
5                                             Attorneys for Plaintiff
                                              REBECCA PASTOR
6

7    Dated: August 3, 2010                **JACKSON LEWIS LLP**

8

9                                         By___/s/   Jerry J. Deschler, Jr._____
                                              JERRY J. DESCHLER, JR.
10                                            Attorneys for Defendant
                                              THE TJX COMPANIES, INC.
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2 **<u>ORDER</u>**

3          Having reviewed the parties' stipulation, and good cause appearing therefore, IT

4 IS HEREBY ORDERED.

5          (1)      The deadline of September 17, 2010 to complete all discovery, including

6                   depositions, shall be vacated and continued to December 17, 2010.

7          (2)      The deadline of October 15, 2010 to file all motions, except motions for

8                   continuances, temporary restraining orders and other emergency

9                   applications, shall be vacated and continued to January 14, 2011.

10         (3)      The Final Pretrial Conference set for January 10, 2011, at 2:00 p.m. in

11                  Courtroom No. 5, shall be vacated and continued to April 18, 2011, at

12                  2:00 p.m. in Courtroom No. 5.

13         (4)      The court trial set for March 8, 2011, shall be vacated and continued to

14                  June 28, 2011.

15

16 Dated: August 5, 2010

17

18 WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28