1  R. PARKER WHITE
   State Bar No. 95579
2  **POSWALL, WHITE & CUTLER**
   1001 G Street, Suite 301
3  Sacramento, California 95814
   Telephone: (916) 449-1300
4

5  Attorneys for Plaintiff

6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 | REBECCA PASTOR, and individual,        )  CASE NO. 2:09-CV-01938-WBS-KJN
                                            )
12 |         Plaintiff,                     )  **STIPULATION OF DISMISSAL WITH
                                            )  PREJUDICE, PURSUANT TO
13 |    v.                                  )  FED.R.CIV.P. 41(a) AND
                                            )  [PROPOSED] ORDER**
14 | THE TJX COMPANIES, INC., a             )
     Delaware Corporation, dba              )
15 | MARSHALLS, and DOES 1 through 20,      )
     inclusive,                             )
16 |                                        )
             Defendants.                    )
17 | _____)

18

...

25  ///
26  ///
27  ///
28  ///

---

1  Plaintiff, REBECCA PASTOR, and defendant, THE TJX COMPANIES, INC.,
2 have reached a resolution of this matter.  The parties agree to dismiss this action in its
3 entirety with prejudice, pursuant to Fed.R.Civ.P. 41(a).  Each party to bear their own
4 fees and costs.
5  The parties seek the Court's approval of dismissal of this action with prejudice
6 through the order listed *infra*.

7 Dated: September 24, 2010                    **POSWALL, WHITE & CUTLER**

9                                                                   By   /s/ R. Parker White
                                                                          R. PARKER WHITE
10                                                                        Attorneys for Plaintiff
                                                                          REBECCA PASTOR

12 Dated: September 23, 2010                    **JACKSON LEWIS LLP**

                                                                   By   /s/ Jerry J. Deschler
14                                                                        JERRY J. DESCHLER, JR.
                                                                          Attorneys for Defendant
15                                                                        THE TJX COMPANIES, INC.

16                                           **ORDER**

17       **IT IS SO ORDERED.**

19 Dated: October 13, 2010

                               _____
                               WILLIAM B. SHUBB
                               UNITED STATES DISTRICT JUDGE

---

CASE NO.  2:09-CV-01938-WBS-KLM
STIPULATION OF DISMISSAL WITH PREJUDICE, PURSUANT TO FED.R.CIV.P. 41(a) AND [PROPOSED] ORDER
2